# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SONIM TECHNOLOGIES, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 6:20-cv-781-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss Sonim filed by Defendant Sonim Technologies, Inc. ("Sonim") and Plaintiff American Patents LLC ("American"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all claims and counterclaims asserted by American against Sonim and by Sonim against American in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over American and Sonim to enforce the settlement agreement between American and Sonim.

It is further **ORDERED** that American and Sonim shall bear their own costs, expenses and legal fees in this case.

It is SO ORDERED this _____7th_____ day of ___December_____, 2020.

*(signature)*
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**